FORM 9. Certificate of Interest

Form 9

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Michael Alamo et al.   v.   United States

Case No.   2015-5149

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Jacob Y. Statman, Esq. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

See attached.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

See attached.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

N/A

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Jason I. Weisbrot, Esq. and Jacob Y. Statman, Esq.
Snider & Associates, LLC

September 24, 2015
Date

Signature of counsel

Please Note: All questions must be answered

Jacob Y. Statman, Esq.

cc:   Emma Bond, Esq.

Printed name of counsel

Reset Fields

Attachment to Form 9:

**Response to Question 1:**
1. Michael Alamo
2. Emmett Brannen
3. William Brezenski
4. Ivy Jim Brinson
5. Brian Caldwell
6. Thomas J. Demajo, III
7. Mark Deunger
8. Douglas L. Diller
9. Bernard J. Fermin
10. Tamara Grandia
11. Carl Gregory
12. Lisa Ann Hahn
13. Mark Hahn
14. Crystal Hensler
15. Juan Hernandez
16. William J. Johnson
17. Margaret King
18. Gloria D. Long
19. Jim Ochoa
20. James G. Ooms
21. Arturo Rincones
22. Thomas L. Roberts
23. Warren F. Scribner, Ii
24. Brian Tiner
25. Craig R. Wilcox