FORM 8. Entry of Appearance                                           Form 8

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Michael Alamo et al.    v.    United States

No. 2015-5149

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Michael Alamo et al. (see attached list)
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Jacob Y. Statman, Esq.
Law Firm: Snider & Associates, LLC
Address: 600 Reisterstown Road; 7th Floor
City, State and Zip: Baltimore, Maryland 21208
Telephone: 410-653-9060
Fax #: 410-653-9061
E-mail address: jstatman@sniderlaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 30, 2015    Signature of pro se or counsel [signature]

cc: Emma Bond, Esq.

Reset Fields

**Attachment to Form 8:**

1. Michael Alamo
2. Emmett Brannen
3. William Brezenski
4. Ivy Jim Brinson
5. Brian Caldwell
6. Thomas J. Demajo, Iii
7. Mark Deunger
8. Sandra Deunger
9. Douglas L. Diller
10. Bernard J. Fermin
11. Tamara Grandia
12. Carl Gregory
13. Lisa Ann Hahn
14. Mark Hahn
15. Kimberly Harper
16. Crystal Hensler
17. Juan Hernandez
18. William J. Johnson
19. Floyd Justice
20. Margaret King
21. Gloria D. Long
22. Jim Ochoa
23. James G. Ooms
24. Arturo Rincones
25. Thomas L. Roberts
26. Warren F. Scribner, Ii
27. Brian Tiner
28. Craig R. Wilcox
29. James Willis