# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2015-5149

MICHAEL ALAMO, ET AL.,

                              Appellants,

v.

THE UNITED STATES,

                              Appellee.

## APPELANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

Appellants, by and through their undersigned counsel, and pursuant to Fed. Cir. R. 26(b), hereby request an extension of time to submit their Opening Brief, and in support thereof, state as follows:

Appellant' Opening Brief is currently scheduled to be due on November 13, 2015. Appellants are requesting an extension of thirty days, up until and including December 14, 2015[1], to file their brief. This extension is necessary due to the voluminous nature of the appeal, and the competing work schedules of Appellants' Counsel, including multiple arbitration hearings across the country. This is Appellants' first request for an extension.

The Appellee has stated that it has no objection to this Motion. Accordingly, Appellants request an extension up until and including December 14, 2015, to file their Opening Brief.

---

[1] Day 30 would be Sunday, December 13, 2015. Pursuant to R. 26(a)(1)(C) Appellant's deadline would be December 14, 2015.

Respectfully submitted,

__/s/__ JACOB Y. STATMAN___
Jacob Y. Statman, Esq.
Jason I. Weisbrot, Esq.
Snider & Associates LLC
600 Reisterstown Road; 7th Floor
Baltimore, Maryland 21208
Phone: (410) 653-9060
Fax: (410) 653-9061
Attorneys for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2015, a copy of the foregoing was filed via CM/ECF.

__/s/__ JACOB Y. STATMAN___
Jacob Y. Statman, Esq.
Snider & Associates LLC